UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMADOR SHERIFF'S OFFICE,<br><br>　　　　Defendant. | No. 2:25-cv-0613 CKD P<br><br><br>ORDER |

　　　Plaintiff, an Amador County jail inmate proceeding pro se, has filed what appears to be a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] Accordingly, IT IS HEREBY ORDERED that:

　　　1. Plaintiff shall submit, within fourteen days from the date of this order, the required filing fees in the amount of $405.00; and

/////

/////

/////

/////

---

[1] Because plaintiff has "struck out" under 42 U.S.C. § 1915(g), he is not permitted to proceed in forma pauperis. See Barnes v. Lavorato, 2:23-cv-0534 DJC EFB P.

1

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: February 27, 2025

                                                               /s/ Carolyn K. Delaney  
CAROLYN K. DELANEY  
UNITED STATES MAGISTRATE JUDGE

1/hh  
barn0613.3a