UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR SHERIFF'S OFFICE,<br><br>Defendant. | No. 2:25-cv-00613-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 6) |

Plaintiff Antoine Deshawn Barnes is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 28, 2025, the court ordered Plaintiff to pay the required filing fee in order to proceed with this action. (Doc. No. 3.) The court provided Plaintiff with fourteen (14) days to comply with that order. (*Id.* at 2.) Plaintiff has not paid the required filing fee to proceed with this action, and the deadline in which to do so has passed.

Accordingly, on March 25, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to Plaintiff's failure to pay the filing fee and failure to comply with a court order. (Doc. No. 6.) The findings and recommendations were served upon Plaintiff and contained notice that any objections thereto

1

were to be filed within fourteen (14) days after service. (*Id*. at 1.) To date, Plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 25, 2025 (Doc. No. 6) are ADOPTED in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to pay the required filing fee and failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 25, 2025**

Dena Coggins
United States District Judge

2